# IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **In the Matter of**: | Case No. 19-19918 |
| Katarina Pruitt | Chapter 13 |
| **Debtor(s)** | Judge David D. Cleary |

## NOTICE OF MOTION

TO:

Marilyn O. Marshall, Chapter 13 Trustee, 224 South Michigan, Ste 800, Chicago, IL 60604, via electronic court notification;

Katarina Pruitt, 6322 N. Albany Ave., Apt. 3W, Chicago, IL 60659; via U.S. mail;

SEE ATTACHED ADDRESSES

    PLEASE TAKE NOTICE that on November 22, 2021, at 1:30 p.m., I will appear before the Honorable David D. Cleary, or any judge sitting in that judge's place, and present the motion of Debtor to Modify Plan, a copy of which is attached.

    **This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

    **To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

    **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

    **Meeting ID and password**. The meeting ID for this hearing is 161 122 6457 and the password is Cleary644. The meeting ID and password can also be found on the judge's page on the court's web site.

    **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

**PROOF OF SERVICE**

      I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by depositing the same in the U.S. Postal Service's mail box at 8707 Skokie Blvd Suite 312, Skokie, IL 60077 on November 1, 2021, except that the Trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.

/s/ David Freydin_____
David Freydin, Esq
Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, IL 60077
Phone: 847.972.6157

```
Label Matrix for local noticing          PRA Receivables Management, LLC         U.S. Bankruptcy Court
0752-1                                    PO Box 41021                            Eastern Division
Case 19-19918                             Norfolk, VA 23541-1021                  219 S Dearborn
Northern District of Illinois                                                     7th Floor
Eastern Division                                                                  Chicago, IL 60604-1702
Wed Jul 17 13:36:00 CDT 2019

Bank Of America                           Capital One                             Chase Card Services
4909 Savarese Circle                      Attn: Bankruptcy                        Attn: Bankruptcy
Fl1-908-01-50                             Po Box 30285                            Po Box 15298
Tampa, FL 33634-2413                      Salt Lake City, UT 84130-0285           Wilmington, DE 19850-5298

Citibank North America                    Credit One Bank                         Deptartment Store National Bank/Macy's
Citibank Corp/Centralized Bankruptcy      Attn: Bankruptcy Department             Attn: Bankruptcy
Po Box 790034                             Po Box 98873                            9111 Duke Boulevard
St Louis, MO 63179-0034                   Las Vegas, NV 89193-8873                Mason, OH 45040-8999

Dillard?s Card Services/Wells Fargo Bank  (p)FREEDOM FINANCIAL ASSET MANAGEMENT LLC  Hyundai Financial
Attn: Bankruptcy                          ATTN BANKRUPTCY DEPARTMENT              PO Box 20829
Po Box 10347                              PO BOX 2340                             Fountain Valley, CA 92728-0829
Des Moines, IA 50306-0347                 PHOENIX AZ 85002-2340

Professional Adjustment Corp              Synchrony Bank                          Synchrony Bank/ JC Penneys
Attn: Bankruptcy                          c/o PRA Receivables Management, LLC     Attn: Bankruptcy
14410 Metropolis Ave                      PO Box 41021                            Po Box 956060
Fort Myers, FL 33912-4341                 Norfolk, VA 23541-1021                  Orlando, FL 32896-0001

Synchrony Bank/Sams Club                  Synchrony Bank/Sams Club                Synchrony Bank/Walmart
Attn:  Bankruptcy Dept                    Po Box 965005                           Attn:  Bankruptcy
Po Box 965060                             Orlando, FL 32896-5005                  Po Box 965060
Orlando, FL 32896-5060                                                            Orlando, FL 32896-5060

Synchrony/Ashley Furniture Homestore      Target                                  David Freydin
Attn: Bankruptcy                          Attn: Bankruptcy                        Law Offices of David Freydin Ltd
Po Box 965060                             Po Box 9475                             8707 Skokie Blvd
Orlando, FL 32896-5060                    Minneapolis, MN 55440-9475              Suite 305
                                                                                  Skokie, IL 60077-2281

Katarina Pruitt                           Marilyn O Marshall                      Patrick S Layng
6322 N. Albany Ave, Apt. 3W               224 South Michigan Ste 800              Office of the U.S. Trustee, Region 11
Chicago, IL 60659-1435                    Chicago, IL 60604-2503                  219 S Dearborn St
                                                                                  Room 873
                                                                                  Chicago, IL 60604-2027
```

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Freedom Plus                              End of Label Matrix
1875 South Grant Street                   Mailable recipients    23
San Mateo, CA 94402                       Bypassed recipients     0
                                          Total                  23
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**In the Matter of**:  }
}  Case No. 19-19918
Katarina Pruitt  }
}  Chapter 13
}
**Debtor(s)**  }  Judge David D. Cleary

MOTION TO MODIFY PLAN

NOW COMES THE DEBTOR by and through her attorney, Law Offices of David Freydin, and requests that the Debtor be allowed to modify confirmed Chapter 13 Plan under Section 1329 for the reasons as follows:

1. That the Debtor in the underlying case filed a Chapter 13 bankruptcy petition in the Northern District of Illinois, Eastern Division as case number 19-19918 on July 16, 2019.

2. That this Honorable Court confirmed the Debtor's Chapter 13 Plan on October 7, 2019.

3. That the Debtor's confirmed plan requires her to pay $350.00 every month in order to provide a 100% dividend to secured creditors and at least 10% to unsecured creditors.

4. That the Debtor has not converted the instant Chapter 13 case to a Chapter 7 case.

5. That Debtor received a 2020 federal tax refund of $5,539.00.

6. That the Debtor informed her counsel that during the spring of 2021, her basement had flooded resulting in unexpected expenses to cleanup and repairs.

7. That Debtor is asking this Honorable Court to modify the confirmed plan to excuse compliance with the tax refund turnover provision for 2020 in order for Debtor to pay the unexpected plumbing expenses.

8. That Debtor has provided copies of the relevant invoices to the Trustee in advance of this hearing.

9. That the Debtor is in a position to proceed and have filed this case in good faith.

WHEREFORE THE MOVANTS PRAY that the Chapter 13 Plan be modified to:

    A. Waive the tax refund provision for 2020;

    B. For such other and further relief this Court deems just and proper.

/s/ David Freydin
David Freydin
Law Offices of David Freydin, PC
8707 Skokie Blvd., Suite 312
Skokie, IL 60077
Phone: 847.972.6157