# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|   |   |   |
|---|---|---|
| In re: Katarina Pruitt | ) | 19-19818 |
| Debtor(s) | ) | Judge David Donald Cleary |
|   | ) |   |

### *Notice of Motion & Certificate of Service*

| Katarina Pruitt<br>6322 N. Albany Apt. 3W<br>Chicago, IL 60659<br>*Via US Mail* | David Freydin Ltd.<br>*Via ECF noticing procedures* | Katarina Pruitt<br>2555 W. Autumn Drive<br>Round Lake, IL 60073 |
|---|---|---|

On   January 3, 2022 **at 1:00 p.m.** I will appear before the Honorable David D. Cleary or any judge sitting in that judge's place, and present the Trustee's Motion to Modify plan, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link:  https://zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and password.

**Meeting ID and password.**  The meeting ID for this hearing is 161 122 6457 and the password is Cleary644.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

## Certificate of Service

      I certify under penalty of perjury that I mailed a copy of this notice to the above listed persons by first class US mail, postage prepaid, or as otherwise indicated above on December 15, 2021, at 5:00 p.m.

                                Marilyn O Marshall, Trustee
                                /s/ Yanick Polycarpe
                                By: Yanick Polycarpe

Office of the Chapter 13 Trustee, Marilyn O. Marshall
224 South Michigan
Suite 800
Chicago, IL 60604
(312) 431-1300

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| **In re:  Katarina Pruitt** | ) | 19-19918 |
| Debtor(s) | ) | **Judge David Donald Cleary** |
|  | ) |  |

*Motion to Modify Plan*

NOW COMES Marilyn O. Marshall, Standing Trustee, and requests that the Debtors' confirmed Chapter 13 Plan be modified pursuant to 11 USC Section 1329, and in support thereof states as follows:

1. The Debtors filed for relief pursuant to Chapter 13 on July 16, 2019. Debtor indicated an address of 6322 N. Albany Ave., Apt. 3W, Chicago, IL.

2. On October 7, 2019, the Debtors' Plan was confirmed.  The Order confirming the Debtors' Chapter 13 Plan requires that the Debtors make plan payments in the amount of $350.00 for 36 months with minimum 10% to unsecured creditors.

3. Debtor's plan calls for the debtor to tender copies of tax returns on or before April 20th of each years.

4. Debtor's 2019 tax return list debtor's residence as 2555 W. Autumn Drive, Round Lake, IL. The reruns were filed as married filing separately and listed total income of $10,369.00.

5. Debtor's 2020 tax return also listed the debtor's residence as 2555 W. Autumn Drive, Round Lake, IL. The tax returns were filed jointly with debtor's spouse and indicated total income of $153,434.00.

6. On information and belief, 2555 W. Autumn Drive is owned by the debtor's spouse, Steven Pruitt.

7. In response to Trustee motion to dismiss for failure to turn over 2020 tax returns and refund, debt filed a motion to modify plan requesting waiver of the tax refund require due to unexpected expenses incurred due to basement flooding. The proof of expense tendered by debtor to the Trustee was a receipt from ABC plumbing issued to Steven Pruitt for the property on 2555 W. Autumn Drive, Round Lake, Il.

8. Presumably, when comparing debtor's schedule J to the 2020 reported income, the Debtor has an additional $6,976.60 in disposable income that should be committed to the Debtors' plan payments.

9. Debtor has failed to fully disclose household income.

10. The Debtors have to date not asked this court to increase Debtor's plan payments for the benefit of creditors while Debtors' income has increased.

11. The Debtors' post-petition wages are property of the bankruptcy estate pursuant to 11 U.S.C. §1306.

12. To date, debtor has filed to file a change of address with the court.

13. The Trustee has not received the final payments on this case.

14. In order to pay 100% for the allowed claims filed, the plan payment should increase to $4757.27.

15. Movant asked that notice be shortened by 2 days to allow this motion to be heard with other pending matters.

WHEREFORE, the Trustee prays that the debtors' plan be amended to increase the Debtors' plan payments from $350.00 to $4,757.00 per month beginning December 2021, general unsecured creditors shall receive no less than 100% of their claims, and for any further relief this court deems appropriate.

    Respectfully submitted,

    /s/ Yanick Polycarpe
    for Marilyn O Marshall,
Trustee

Office of the Chapter 13 Trustee, Marilyn O. Marshall
224 South Michigan Ave., Suite 800
Chicago, Illinois 60604
(312) 431-1300