# Exhibit B
# 2020 tax return

# Form 1040 — U.S. Individual Income Tax Return (2020)

Department of the Treasury—Internal Revenue Service (99)   OMB No. 1545-0074   IRS Use Only—Do not write or staple in this space.

**Filing Status** (Check only one box): [X] Married filing jointly

Your first name and middle initial: **STEVEN T**
Last name: **PRUITT**
Your social security number: ***-**-8424

Spouse's first name and middle initial: **KATARINA**
Last name: **PRUITT**
Spouse's social security number: ***-**-8741

Home address: **2555 W AUTUMN DRIVE**
City: **ROUND LAKE**   State: **IL**   ZIP code: **60073**

At anytime during 2020, did you receive, sell, send, exchange, or otherwise acquire financial interest in any virtual currency? [X] No

**Dependents:**

| First name | Last name | SSN | Relationship | CTC | ODC |
|---|---|---|---|---|---|
| (redacted) | PRUITT | ***-**-9500 | DAUGHTER | X | |
| TAMARA | MELNYK | ***-**-6233 | PARENT | | X |
| VITALII | MELNYK | ***-**-8313 | PARENT | | X |

| Line | Description | Amount |
|---|---|---:|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 147,220 |
| 2a | Tax-exempt interest | |
| 2b | Taxable interest | |
| 3a | Qualified dividends | 3 |
| 3b | Ordinary dividends | 3 |
| 4a | IRA distributions | |
| 4b | Taxable amount | |
| 5a | Pensions and annuities | |
| 5b | Taxable amount | |
| 6a | Soc. sec. ben. | |
| 6b | Taxable amount | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here | -42 |
| 8 | Other income from Schedule 1, line 9 | 6,253 |
| 9 | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | 153,434 |
| 10a | Adjustments to income: From Schedule 1, line 22 | 0 |
| 10b | Charitable contributions if you take the standard deduction. See instructions | |
| 10c | Add line 10a and 10b. These are your **total adjustments to income** | |
| 11 | Subtract line 10c from line 9. This is your **adjusted gross income** | 153,434 |
| 12 | Standard deduction or itemized deductions (from Schedule A) | 24,800 |
| 13 | Qualified business income deduction. Attach Form 8995 or Form 8995-A | 1,251 |
| 14 | Add lines 12 and 13 | 26,051 |
| 15 | **Taxable income.** Subtract line 14 from line 11. If zero or less, enter -0- | 127,383 |

Standard Deduction for—
- Single or Married filing separately, $12,400
- Married filing jointly or Qualifying widow(er), $24,800
- Head of household, $18,650
- If you checked any box under Standard Deduction, see instructions

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   Form **1040** (2020)

DAA

| Line | Description | | Amount |
|---|---|---|---|
| 16 | Tax (see instructions). Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ _____ | 16 | 19,604 |
| 17 | Amount from Schedule 2, line 3 | 17 | |
| 18 | Add lines 16 and 17 | 18 | 19,604 |
| 19 | Child tax credit or credit for other dependents | 19 | 3,000 |
| 20 | Amount from Schedule 3, line 7 | 20 | |
| 21 | Add lines 19 and 20 | 21 | 3,000 |
| 22 | Subtract line 21 from line 18. If zero or less, enter -0- | 22 | 16,604 |
| 23 | Other taxes, including self-employment tax, from Schedule 2, line 10 | 23 | |
| 24 | Add lines 22 and 23. This is your **total tax** ▶ | 24 | 16,604 |
| 25 | Federal income tax withheld from: | | |
| a | Form(s) W-2 . . . . . . 25a  18,996 | | |
| b | Form(s) 1099 . . . . . 25b | | |
| c | Other forms (see instructions) . . . . . 25c | | |
| d | Add lines 25a through 25c | 25d | 18,996 |
| 26 | 2020 estimated tax payments and amount applied from 2019 return | 26 | |
| 27 | Earned income credit (EIC) . . . . . 27 | | |
| 28 | Additional child tax credit. Attach Schedule 8812 . . . . 28 | | |
| 29 | American opportunity credit from Form 8863, line 8 . . . 29 | | |
| 30 | Recovery rebate credit. See instructions . . . . . 30  2,556 | | |
| 31 | Amount from Schedule 3, line 13 . . . . . 31  591 | | |
| 32 | Add lines 27 through 31. These are your **total other payments and refundable credits** ▶ | 32 | 3,147 |
| 33 | Add lines 25d, 26, and 32. These are your **total payments** ▶ | 33 | 22,143 |

(If you have a qualifying child, attach Sch. EIC. If you have nontaxable combat pay, see instructions.)

**Refund**

| | | | |
|---|---|---|---|
| 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | 34 | 5,539 |
| 35a | Amount of line 34 you want **refunded to you**. If Form 8888 is attached, check here ▶ ☐ | 35a | 5,539 |
| ▶b | Routing number  063100277   ▶c Type: ☒ Checking  ☐ Savings | | |
| ▶d | Account number  229048429932 | | |
| 36 | Amount of line 34 you want applied to your 2021 estimated tax ▶ 36 | | |

Direct deposit? See instructions

**Amount You Owe**

| | | | |
|---|---|---|---|
| 37 | Subtract line 33 from line 24. This is the **amount you owe now** ▶ | 37 | |
| | Note: Schedule H and Schedule SE filers, line 37 may not represent all of the taxes you owe for 2020. See Schedule 3, line 12e, and its instructions for details. | | |
| 38 | Estimated tax penalty (see instructions) . . . . ▶ 38 | | |

For details on how to pay, see instructions.

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS? See instructions  ▶ ☒ **Yes.** Complete below.  ☐ No

Designee's name ▶ ALEXANDER NAROD    Phone no. ▶ 847-562-1040    Personal identification number (PIN) ▶ 69696

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation  SALES | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation  SALES | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) |

Joint return? See instructions. Keep a copy for your records.

Phone no.    Email address

**Paid Preparer Use Only**

| Preparer's name  ALEXANDER NAROD | Preparer's signature  ALEXANDER NAROD | Date  02/26/21 | PTIN  P00191283 | Check if ☐ Self-employed |
|---|---|---|---|---|
| Firm's name ▶ ALEXANDER NAROD, CPA, PC | | | Phone no  847-562-1040 | |
| Firm's address ▶ 601 SKOKIE BLVD STE 503    NORTHBROOK    IL  60062-2851 | | | Firm's EIN ▶ 52-2448224 | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.

Form **1040** (2020)

DAA