# Exhibit C
## Page 1, General Warranty Deed

Linda Doggett, Lee County Clerk of Circuit Court
INSTR. # 2019000096750, Doc Type D, Pages 3, Recorded 4/30/2019 at 10:26 AM, Deputy Clerk WMILLER ERECORD
Rec Fees: $27.00 Deed Doc: $1,885.10

Prepared by and Return to:
John T. Bribriesco, Attorney
Bribriesco Law Offices
1928 Del Prado Blvd. S
Cape Coral, FL 33990

File Number: 19-1027

## General Warranty Deed

Made this **April 24, 2019 A.D.** By **Katarina Pruitt aka Kateryna Romanenko and Steven T. Pruitt, wife and husband,** whose address is: 6322 N. Albany Avenue Apt 3W, Chicago, Illinois 60659, hereinafter called the Grantor, to **Richard C. Miick and Kathleen A. Miick, husband and wife Adam Miick, a married man, as joint tenants with full rights of survivorship,** whose post office address is: 787 Linden Road, Toms River, New Jersey 08753, hereinafter called the Grantee:

(Whenever used herein the term "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

**Witnesseth,** that the grantor, for and in consideration of the sum of Ten Dollars, ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situate in Lee County, Florida, viz:

**Lots 14 and 15, Block 3250, Unit 66, CAPE CORAL, according to the Plat thereof as recorded in Plat Book 22, Pages 2 through 25, in the Public Records of Lee County, Florida.**

**aka 3315 SW 11th Place, Cape Coral, Florida 33914**

Parcel ID Number: **03-45-23-C2-03250.0140**

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold,** the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances except taxes accruing subsequent to December 31, 2018.

**In Witness Whereof,** the said grantor has signed and sealed these presents the day and year first above written.

*Page 1 of 3 Warranty Deed*

DEED Individual Warranty Deed - Legal on Face
Closers' Choice